■ VIRGINIA GEBHARD, as Administratrix of the Estate of EUGENE G. GEBHARD, Deceased, Respondent, v. OTTO WALTHERS et al., Constituting Fire District No. 5 of Town of West Seneca, et al., Appellants, et al., Defendants. — Judgment and order affirmed, with costs. All concur. (Appeal from a judgment of Erie Trial Term for plaintiff in an action for damages for the

death of plaintiff's intestate and for damages for conscious pain and suffering, alleged to have resulted by reason of negligent operation of fire truck. The order denied a motion for a new trial, although it provided for a reduction of the verdict for conscious pain and suffering.) Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ.